IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| DAVID FOX, | § | |
| Plaintiff | § | CIVIL ACTION NO. |
| | § | |
| v. | § | |
| | § | |
| ALLSUP'S INC., | § | 6-03CV-067-C |
| Defendant | § | |

## JOINT MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now DAVID FOX, Plaintiff in the above-styled cause, and respectfully moves this Honorable Court to dismiss same with prejudice, and in support thereof would respectfully show the Court that all matters of fact and law in dispute have been satisfactorily compromised, settled, and released, and accordingly, your Plaintiff no longer desires to prosecute said cause.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully prays that the Court grant this Motion and dismiss the above-styled cause with prejudice, with all costs to be taxed against the respective party incurring same.

Respectfully submitted,

*/s/ Wayne K.*

JAMES C. HARRINGTON
State Bar No. 09048500
WAYNE KRAUSE
State Bar No. 24032644

TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Dr.
Austin, Texas 78741
 (512) 474-5073 (phone)
 (512) 474-0726 (fax)

ATTORNEYS FOR PLAINTIFF

1

APPROVED:

By: _ALEX EYSSEN  by permission_ /s/ _____
WILLIAM A. HICKS
State Bar No. 09582000
ALEX B. EYSSEN
State Bar No. 24036542

McMAHON, SUROVIK, SUTTLE, BUHRMANN,
    HICKS, GILL & CANNON
A Professional Corporation
P. O. Box 3679
Abilene, Texas 79604
(325) 676-9183
(325) 676-8836 - FAX

ATTORNEYS FOR DEFENDANT
ALLSUP'S, INC.